IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-34941-H1-13 |
| | § | |
| Gustavo Giles-Flores | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

### DEBTOR'S CERTIFICATION, MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE, AND PROPOSED DISCHARGE ORDER

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTOR(S) PURSUANT TO § 1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE THE MOTION, YOU MUST FILE AN OBJECTION WITHIN TWENTY-ONE (21) DAYS OF THE DATE LISTED BELOW IN THE CERTIFICATE OF SERVICE. YOUR OBJECTION MUST SET FORTH THE SPECIFIC FACTUAL ALLEGATIONS WITH WHICH YOU DISAGREE. IF NO TIMELY OBJECTION IS FILED, THE COURT MAY GRANT THE RELIEF.**

The Debtor(s) move for entry of a discharge under § 1328(a) of the Bankruptcy Code.

1.  By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached.

    B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C.  All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid;

    D.    I have not received a discharge in a case filed under chapter 7, 11 or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case;

    E.    I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case;

    F.    No criminal proceeding is pending against me alleging that I am guilty of a felony; and

    G.    No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, any State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

2.    I have made all payments required by my confirmed chapter 13 plan.

Signed:

*/s/ Gustavo Giles-Flores*
Gustavo Giles-Flores                                                      Date: November 16, 2023

Respectfully submitted,

Vasquez Law Group, PLLC
2040 North Loop W #330
Houston, Texas 77018
(713) 622-8858
Fax: (713) 987-3148

By:    */s/ Regina M. Vasquez*
        Regina Vasquez SBN 24079268
        ATTORNEYS FOR DEBTOR(S)

CERTIFICATE OF SERVICE

On November 16, 2023, a copy of this pleading was served on each of the persons listed on the attached service list by (i) prepaid United States Mail; or (ii) electronic service via the Court's ECF system.

Gustavo Giles-Flores &
8824 Bissonnet Street
Houston, Texas 77074

David G Peake
Chapter 13 Trustee
9660 Hillcroft, Suite 430
Houston, TX 77096-3856

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Internal Revenue Service
1919 Smith Street
Stop 5024HOU
Houston, TX 77002

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 21126

United States Attorney
District Counsel
8701 S. Gessner, Suite 710
Houston, TX 77074

United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, TX 77208

United States Attorney General
United States Department of Justice
Room D327
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

*/s/ Regina M. Vasquez*
Regina M. Vasquez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-34941<br>Southern District of Texas<br>Houston<br>Thu Nov 16 08:19:08 CST 2023 | Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Santander Consumer USA Inc., an assignee of<br>1027 Ninth Street<br>New Orleans, LA 70115-2308 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Bank Of America<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27420-6012 |
| Braeburn Plaza, Inc<br>P.O. Box 710751<br>Houston, TX 77271-0751 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>S Louis, MO 63179-0040 |
| Harris County Tax Office<br>P.O. Box 3547<br>Houston, Texas 77253-3547 | Harris County et al<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John & Mary Kunthara<br>2947 Oak Pointe Blvd.<br>Missouri City, TX 77459-4671 |
| Kia Motors Finance Co<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Merrick Bank/Geico Card<br>PO Box 23356<br>Pittsburg, PA 15222-6356 | Roger T Yokubaitis, PLLC<br>8303 Ivan Reid Dr.<br>Houston, Texas 77040-1508 |
| Santander Consumer USA<br>PO BOX 560284<br>Dallas, Texas 75356-0284 | Santander Consumer USA<br>PO Box 961245<br>Ft Worth, TX 76161-0244 | Synchrony Bank/Howards<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vasquez Law Group, PLLC<br>701 N. Post Oak Dr., Ste 655<br>Houston, TX 77024-3885 |
| David Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3860 | Gustavo Giles-Flores<br>8824 Bissonnet Street<br>Houston, TX 77074-2402 | Regina Marie Vasquez<br>Vasquez Law Group, PLLC<br>2040 North Loop W<br>Suite 330<br>77018<br>Houston, TX 77018-8127 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmingotn, DE 19850 | Internal Revenue Service<br>1919 Smith St.<br>Stop 5022 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Braeburn Plaza, Inc. | (d)John and Mary Kunthara<br>2947 Oak Pointe Blvd.<br>Missouri City, TX 77459-4671 | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

(u)John Kunthara

End of Label Matrix
Mailable recipients    29
Bypassed recipients     4
Total                  33

B 23 (Official Form 23) (12/08)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **Gustavo Giles-Flores**     Case No.   16-34941-H1-13

Debtor(s)     Chapter   13

### DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, Gustavo Giles-Flores, the debtor in the above-styled case, hereby certify that on 11/2/2016 (Date), I completed an instructional course in personal financial management provided by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, an approved personal financial management provider.

Certificate No. (*if any*):   05041-TXS-DE-028309458

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of [*Check the appropriate box*.]:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   */s/ Gustavo Giles-Flores*

Date:   November 16, 2023

---

*Instructions*: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines*: In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 05041-TXS-DE-028309458

Bankruptcy Case Number: 16-34941



05041-TXS-DE-028309458

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2016, at 9:00 o'clock AM CDT, GUSTAVO GILES-FLORES completed a course on personal financial management given in person by David G. Peake, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: November 4, 2016

By: /s/Michael Johnson

Name: Michael Johnson

Title: Debtor Education Coordinator - Floor Supervisor

B 283 (Official Form 283) (12/08)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:  **Gustavo Giles-Flores**     Case No.   16-34941-H1-13

Debtor(s)     Chapter   13

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

Part I.  *Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part II.  *If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

Part III.  *Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

Part IV.  *Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on November 16, 2023     */s/ Gustavo Giles-Flores*
                                  Gustavo Giles-Flores

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.