|  | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>March 04, 2024<br>Nathan Ochsner, Clerk |

In Re:    Gustavo Giles–Flores

**Debtor(s)**

Case No.: 16–34941

Chapter: 13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/4/24

_____
MARVIN ISGUR
United States Bankruptcy Judge